FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

OCT 2 9 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| ANDREW KATRINECZ AND DAVID BYRD, | § § § | |
| PLAINTIFFS, | § § | |
| V. | § | CIVIL NO. A-12-CA-098-LY |
| | § § | |
| DIH SHIN INTERNATIONAL, INC., DEFENDANT. | § § | |

### FINAL JUDGMENT

Before the court in the above styled and numbered cause is Plaintiffs Andrew Katrinecz and David Byrd's Plaintiffs' [Notice] of Dismissal With Prejudice filed October 25, 2012 (Clerk's Document No. 15). Katrinecz and Byrd inform the court that they seek to dismiss the claims they allege against Dih Shin International, Inc. with prejudice to refiling. Although served with process, Dih Shin International has yet to respond by filing an answer or a motion for summary judgment. Having considered Katrinecz and Byrd's notice, the case file, and the applicable law,

**IT IS ORDERED** that Plaintiffs Andrew Katrinecz and David Byrd's claims alleged against Defendant Dih Shin International, Inc. are **DISMISSED WITH PREJUDICE**.

Further, as no disputes remain in this action for resolution, the court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of October, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1